CAAP-11-0000398

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SC, Plaintiff-Appellee,
v.
IC, Defendant-Appellant.


APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 10-1-6354)

ORDER DENYING REQUESTS
CONTAINED IN DOCUMENT FILED BY APPELLANT
(By: Nakamura, Chief Judge, and Fujise and Leonard, JJ.)

On August 30, 2012, Defendant-Appellant IC (Wife) filed a document entitled "Complainant's Summary Disposition Ordered Response." This document was filed under the code for a motion for reconsideration. The document is difficult to understand but appears to request discovery from this court.

IT IS HEREBY ORDERED the requests contained in the above-referenced document are denied.

DATED: Honolulu, Hawai'i, September 10, 2012.


Chief Judge

Associate Judge

Associate Judge